## Commonwealth *v.* Winters et al., Appellants.

(Appeal, No. 303) argued November 13, 1970. *James R. Fitzgerald,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee. (Appeals, Nos. 332 and 376) submitted November 13, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellants; *Robert L. Campbell* and *Carol Mary Los,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.